STATE of Missouri, Respondent,

v.

William J. CRAWFORD, Appellant.

William J. CRAWFORD, Movant,

v.

STATE of Missouri, Respondent.

No. 64379.

Missouri Court of Appeals,
Eastern District,
Division Three.

Nov. 21, 1995.

Ellen H. Flottman, Office of the State Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., F. Martin Dajani, Asst. Atty. Gen., Jefferson City, for respondent.

Before SMITH, P.J., and GARY M. GAERTNER and RHODES, JJ.

*MEMORANDUM DECISION*

PER CURIAM.

Defendant appeals from his judgment of conviction by a jury of one count each of first degree robbery and armed criminal action, and from the denial of his post-conviction Rule 29.15 motion. No jurisprudential purpose would be served by a written opinion. The parties have been furnished with a statement of the reasons for the court's decision. Judgment of conviction and denial of Rule 29.15 motion affirmed. Rules 30.25(b) and 84.16(b).

Reginald COOK, Appellant,

v.

STATE of Missouri, Respondent.

No. 67695.

Missouri Court of Appeals,
Eastern District,
Division One.

Nov. 21, 1995.

Raymund J. Capelovitch, Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Christine M. Kocot, Asst. Atty. Gen., Jefferson City, for respondent.

Before REINHARD, P.J., and KAROHL J., and WHITE, Special Judge.

*ORDER*

PER CURIAM.

Movant appeals the denial of his Rule 24.035 motion for post conviction relief without an evidentiary hearing. We affirm. The findings and conclusions of the motion court are not clearly erroneous, and an extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only setting forth the reasons for this order affirming the judgment pursuant to Rule 84.16(b).